# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:06-CV-464 (Phillips) |
| SUE E. YOWELL and LINDA F. ANDRUS, | ) ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for judgment on the pleadings filed by Metropolitan Life Insurance Co (MetLife). The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion.

For the reasons stated in the memorandum opinion filed contemporaneously with this judgment, MetLife's motion for judgment on the pleadings is **GRANTED**, whereby it is **ORDERED**:

1. That MetLife tender the Plan benefits plus any applicable interest due under the terms of the Plan into the registry of the court and the Clerk of the Court accept the same;

2. That MetLife is **DISMISSED WITH PREJUDICE** from this action and that MetLife, Campbell Soup Company, and the Plan are discharged from any further liability arising under the Plan as a consequence of the death of Emily Lamarr;

3. That the Clerk of the Court pay to Sue Yowell the sums tendered by MetLife, less any costs of this action.

Dated at Knoxville, Tennessee, this _____ day of October, 2007.


                                            <u>     s/ Patricia L. McNutt     </u>
                                                         Clerk of Court